# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| TONAE BOLTON, ) | CASE NO. 1:23-cv-01214 |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| v. ) | **NOTICE OF APPEARANCE OF** |
| ) | **ADDITIONAL COUNSEL OF RECORD** |
| UNIVERSITY HOSPITALS HEALTH ) | **FOR DEFENDANTS UNIVERSITY** |
| SYSTEM, INC., *et al*., ) | **HOSPITALS HEALTH SYSTEM AND** |
| ) | **TERRI ANN WILLIAMS** |
| Defendants. ) | |

PLEASE TAKE NOTICE that Samia A. Shaheen, of the law firm Vorys, Sater, Seymour and Pease LLP, enters her appearance as additional counsel of record on behalf of Defendants University Hospitals Health System, Inc. and Terri Ann Williams in this matter. Please include the undersigned in all future correspondence, orders, pleadings and other communications.

    Respectfully submitted,

    */s/ Samia A. Shaheen*
    Ashley M. Manfull (0071372)
    Samia A. Shaheen (0102501)
    **VORYS, SATER, SEYMOUR AND PEASE LLP**
    200 Public Square, Suite 1400
    Cleveland, Ohio 44114-2327
    (330) 208-1000 - phone
    (330) 208-1001 - fax
    ammanfull@vorys.com
    sashaheen@vorys.com
    *Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2023 a true and correct copy of the foregoing was filed with the Court electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  */s/ Samia A. Shaheen*
                                                Samia A. Shaheen (0102501)

45934678